B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. **14−31921**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guadalupe Smith
   P.O. Box 640005
   Pike Road, AL 36064

Social Security / Individual Taxpayer ID No.:
   xxx−xx−2379

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              BY THE COURT

Dated: **November 5, 2014**                          **William R. Sawyer**
                                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                                    Case No. 14-31921-WRS
Guadalupe Smith                                                           Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                Page 1 of 2          Date Rcvd: Nov 06, 2014
                              Form ID: B18               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2014.
db         +Guadalupe Smith,    P.O. Box 640005,   Pike Road, AL 36064-0005
aty        +Richard D. Shinbaum,    Shinbaum & Campbell,   P.O. Box 201,   Montgomery, AL 36101-0201
3121402     CAP ONE RETAIL SERVICES,    DEPT 7680,   Carol Stream, IL 60116-7680
3121403    +CAP1/Niemans,    PO BOX 5253,    Carol Stream, IL 60197-5253
3121401    ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3485
             (address filed with court: CACH, LLC,   370 17TH STREET, SUITE 5000,   Denver, CO 80202)
3121395     EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3121397     EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
3121410    +Emergency Physicians of Central Florida,    1720 Cook Ave,   Orlando, FL 32806-2912
3121411    +MAX CR CD,    400 EASTDALE CIRCLE CS 17930,   MONTGOMERY, AL 36117-2114
3121413    +Orange County Fire and Rescue,    P.O. Box 863291,   Orlando, FL 32886-3291
3121414    +Orlando Health,    1414 Kuhl Ave,   Orlando, FL 32806-2093
3121416    +PENTEGON FEDERAL CREDIT UNION,    P.O. BOX 1432,   ALEXANDRIA, VA 22313-1432
3121415    +PENTEGON FEDERAL CREDIT UNION,    P.O. BOX 456,   ALEXANDRIA, VA 22313-0456
3121417    +Phillips Hospital,    9400 Turkey Lake Road,   Orlando, FL 32819-8001
3121419     Roger Inc.,    2135 Espey Ct. #7,   Crofton, MD 21114-2442
3121396    +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19016-2000
3121422     USAA FSB,    10750 INTERSTATE HWY 10 WEST,   San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QSSDEPAOLA.COM Nov 06 2014 20:38:00      Susan S. DePaola,    1726 West Second Street,
             Suite B,   Montgomery, AL 36106-1546
3121398     EDI: AMEREXPR.COM Nov 06 2014 20:38:00      AMERICAN EXPRESS,    PO BOX 360002,
             FT. LAUDERDALE, FL 33336-0002
3121399    +EDI: CINGMIDLAND.COM Nov 06 2014 20:38:00      AT & T,    208 S AKARD STREET,
             Dallas, TX 75202-4206
3121400     EDI: BANKAMER.COM Nov 06 2014 20:38:00      BANK OF AMERICA,    4060 OGLETOWN/STANTON RD,
             Newark, DE 19713
3121404    +EDI: CAPITALONE.COM Nov 06 2014 20:38:00      CAP1/Saks,    PO BOX 5253,
             Carol Stream, IL 60197-5253
3121405    +EDI: CAPITALONE.COM Nov 06 2014 20:38:00      CAPITAL ONE / BEST BUY,    PO BOX 5253,
             Carol Stream, IL 60197-5253
3121406     EDI: WFNNB.COM Nov 06 2014 20:38:00      CB/ANNTYLR,    PO BOX 182273,   Columbus, OH 43218-2273
3121407     EDI: CHASE.COM Nov 06 2014 20:38:00      CHASE,    P.O. BOX 15298,   Wilmington, DE 19850-5298
3121408    +EDI: CITICORP.COM Nov 06 2014 20:38:00      CITI,    PO BOX 6241,   Sioux Falls, SD 57117-6241
3121409     EDI: DISCOVER.COM Nov 06 2014 20:38:00      DISCOVER CARD,    P.O. BOX 15316,
             WILMINGTON, DE 19850-5316
3121412     EDI: BANKAMER.COM Nov 06 2014 20:38:00      MBNA,    P.O. BOX 15026,   Wilmington, DE 19850-5026
3121418     EDI: PRA.COM Nov 06 2014 20:38:00      PORTFOLIO RECOVERY,    PO BOX 12914,   Norfolk, VA 23541
3121420    +EDI: RMSC.COM Nov 06 2014 20:38:00      SYNCB/TJX,    4125 WINDWARD PLAZA,
             Alpharetta, GA 30005-8738
3121421     EDI: CITICORP.COM Nov 06 2014 20:38:00      THD/CBNA,    PO BOX 6497,
             Sioux Falls, SD 57117-6497
3121423    +EDI: USAA.COM Nov 06 2014 20:38:00      USAA SAVINGS BANK,    10750 MCDERMOTT FRWY,
             San Antonio, TX 78288-1600
3121424    +EDI: AFNIVZWIRE.COM Nov 06 2014 20:38:00      VERIZON WIRELESS,    PO BOX 105378,
             Atlanta, GA 30348-5378
                                                                                             TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2014                                Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2014 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Richard D. Shinbaum    on behalf of Debtor Guadalupe  Smith rshinbaum@smclegal.com,
           smclegalecf@gmail.com
          Susan S. DePaola    brtrustee@knology.net,    sshirockdepaola@ecf.epiqsystems.com
                                                                                              TOTAL: 3